## DAVIS v. SENCO PRODUCTS, INC.

No. 289PA93

Case below: 109 N.C.App. 700

Motion by defendant to dismiss appeal for failure to comply with the Rules of Appellate Procedure denied 27 January 1994.

## DOVER v. DOVER

No. 415P93

Case below: 111 N.C.App. 690

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 2 December 1993.

## EDWARDS v. EDWARDS

No. 521P93

Case below: 112 N.C.App. 135

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 27 January 1994.

## EVANS v. EVANS

No. 432P93

Case below: 111 N.C.App. 792

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 2 December 1993.

## FRUGARD v. PRITCHARD

No. 479PA93

Case below: 112 N.C.App. 84

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 allowed 27 January 1994.